1

2

3          UNITED STATES BANKRUPTCY COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5    In re

6    WHITEHARVEST, LLC,                                    No. 10-11769

7                        Debtor(s).
     _____/

8
                              Memorandum
9                      _____

10         In his reply, the Trustee represents that "Debtor's counsel proposed that he would prepare and

11   file the motion to sell in order to expedite the process and to limit the estate's administrative expense

12   and that the Trustee could join in the motion later."  The court suggests that it will take more than

13   "joinder" to make a silk purse out of this sow's ear.  The court intends to deny the motion without

14   prejudice to the Trustee's rights, not allow the Trustee to make sense out of nonsense.  The court also

15   reminds the Trustee that when the debtor sought to reopen the case, *the debtor asked that no trustee be*

16   *appointed!*  The only reason the court reopened the case is to permit the Trustee to try and recover

17   something for creditors, not give license to a frivolous motion by the debtor.  The Trustee is cautioned

18   that if he lends any credence to the motion he may share liability for any sanctions the court may

19   consider.

20         Dated:  April 13, 2011

21

22                                                  _____
                                                    Alan Jaroslovsky
23                                                  U.S. Bankruptcy Judge

24

25

26